## DICKERSON v. JARVIS

No. 183P83.

Case below: 61 N.C. App. 168.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 7 July 1983.

## HAIRSTON v. ALEXANDER TANK AND EQUIPMENT CO.

No. 80PA83.

Case below: 60 N.C. App. 320.

Petition by third-party plaintiff for discretionary review under G.S. 7A-31 allowed 7 July 1983.

## HESTER v. HANES KNITWEAR

No. 275P83.

Case below: 61 N.C. App. 730.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 July 1983.

## IN RE BANKRUPTCY OF SPECTOR-RED BALL

No. 272P83.

Case below: 61 N.C. App. 745.

Petition by Moore for discretionary review under G.S. 7A-31 denied 7 July 1983. Petition by Attorney General for discretionary review under G.S. 7A-31 denied 7 July 1983.

## IN RE DAILEY v. BOARD OF DENTAL EXAMINERS

No. 134P83.

Case below: 60 N.C. App. 441.

Petition by Board for reconsideration of the denial of discretionary review under G.S. 7A-31 allowed for the sole purpose of determining whether the Court of Appeals erred in applying the standard of G.S. 90-21.12 to disciplinary proceedings.